UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| BRENDA SATTERWHITE, | ) |
| *Plaintiff,* | ) ) ) Case No. 1:06-cv-165 |
| v. | ) Judge Mattice |
| METROPOLITAN LIFE INSURANCE COMPANY, *et al.*, | ) ) ) ) |
| *Defendants.* | ) |

## ORDER

United States Magistrate Judge William B. Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. 32.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Plaintiff's Motion for Attorney's Fees [Court Doc. 23] is **GRANTED**. Plaintiff is **AWARDED** attorney's fees in the amount of $16,933.00.

SO ORDERED this 29th day of July, 2008.

*/s/Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE